United States Courts
Southern District of Texas
FILED
*January 05, 2026*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | Criminal No. M-26-30002-M |
| § § | |
| RADIBED MENDOZA-CRUZ § | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

On or about October 28, 2025, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**RADIBED MENDOZA-CRUZ**

an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers.

In violation of Title 8, United States Code, Section 1325(a)(1).

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
Ryan K. Sim
ASSISTANT UNITED STATES ATTORNEY